# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHAN THOMAS BURNAM,
Petitioner,
vs.
THE FOURTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF ELKO;
AND THE HONORABLE NANCY L.
PORTER, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79489

FILED

OCT 04 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of prohibition challenges a district court order granting the State's motion to amend the criminal information. Because petitioner may challenge the district court's order on appeal if he is convicted, *see* NRS 177.015(3); NRS 177.045, we decline to exercise original jurisdiction in this matter. *See* NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *see also Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d

19-41244

849, 851 (1991) (recognizing that the issuance of a writ petition is discretionary). Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Cadish_____, J.
Cadish

cc: Hon. Nancy L. Porter, District Judge
Elko County Public Defender
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk

---

[1]The motion for a stay of the trial is denied as moot.